Scott M. Pearson (SBN 173880)
pearsons@ballardspahr.com
Kay Fitz-Patrick (SBN 252977)
fitzpatrickk@ballardspahr.com
BALLARD SPAHR LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Telephone: 424.204.4400
Facsimile: 424.204.4350

Attorneys for Defendant
  SIERRA PACIFIC MORTGAGE
  COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEVIN COLE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SIERRA PACIFIC MORTGAGE COMPANY, INC., and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 3:18-CV-01692-JCS<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION FOR ORDER CONTINUING DEADLINES BY SIXTY DAYS; [PROPOSED] ORDER (L.R. 6-2)**<br><br>The Honorable Joseph C. Spero<br>Complaint Filed: March 19, 2018<br>Trial Date: None Set |

Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Telephone: 424.204.4400

Pursuant to Northern District Local Rule 6-2, plaintiff Devin Cole ("Cole") and defendant Sierra Pacific Mortgage Company, Inc. ("SPMC") hereby stipulate and respectfully request that the Court grant sixty-day continuance of all currently scheduled deadlines, including deadline for SPMC's response to the Complaint. The parties declare in support of this request:

WHEREAS, Cole filed the instant action on March 19, 2018;

WHEREAS, SPMC must currently respond to the Complaint by May 11, 2018;

WHEREAS, on March 20, 2018, the Court entered its Order Setting Initial Case Management Conference and ADR deadlines (ECF 5) and setting the Initial Case Management Conference for June 22, 2018;

WHEREAS, the parties have agreed to engage in an informal exchange of information in an effort to settle this action early;

WHEREAS, the parties jointly desire to avoid further expenditure of the Court's resources or their resources on this litigation given the significant possibility that the case will be voluntarily dismissed without further burden on the Court;

WHEREAS, there has only been one prior time modification in this case; and

WHEREAS, in light of the above and in order to facilitate the settlement discussions, the parties jointly stipulate to and respectfully request this Court grant an approximate sixty-day continuance of all currently scheduled deadlines, including the response to the Complaint, and for the dates to be set as follows:

|  | **Deadline** | **New Deadline** |
|---|---|---|
| Response to Complaint | 5/11/2018 | 7/10/2018 |
| Last Day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | 6/1/2018 | 7/31/2018 |
| Last Day to file ADR Certification signed by Parties and Counsel | 6/1/2018 | 7/31/2018 |
| Last Day file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | 6/1/2018 | 7/31/2018 |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement | 6/15/2018 | 8/14/2018 |

Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Telephone: 424.204.4400

| | **Deadline** | **New Deadline** |
|---|---|---|
| Initial Case Management Conference (CMC) at 2:00 PM | 6/22/2018 | 8/24/2018 |

**SO STIPULATED.**

DATED: May 9, 2018                    Respectfully submitted,

BALLARD SPAHR LLP
Scott M. Pearson
Kay Fitz-Patrick

By: */s/ Kay Fitz-Patrick*
 Kay Fitz-Patrick

Attorneys for Defendant
 SIERRA PACIFIC MORTGAGE
 COMPANY, INC

DATED: May 9, 2018                    LAW OFFICE OF DAVID W. MARTIN
 David W. Martin

LESTER & ASSOCIATES
Patric A. Lester

By: */s/ David W. Martin*
 David W. Martin

Attorneys for Plaintiff
 DEVIN COLE

**N.D. Cal. Rule 5-1(i)(3) ATTESTATION**

In compliance with Northern District Local Rule 5-1(i)(3), I, Kay Fitz-Patrick, hereby attest that David W. Martin has concurred in this filing.  */s/ Kay Fitz-Patrick*

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: May __10__ , 2018

 The Honorable Joseph C. Spero
 Chief Magistrate Judge

DMWEST #17698604 v2                    3

Case No. 3:18-CV-01692-JCS
JOINT STIPULATION FOR ORDER CONTINUING DEADLINES BY SIXTY DAYS; [PROPOSED] ORDER

# CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of May, 2018, I electronically filed a true and correct copy of the foregoing **JOINT STIPULATION FOR ORDER CONTINUING DEADLINES BY SIXTY DAYS; [PROPOSED] ORDER (L.R. 6-2)** through the Court's CM/ECF system, which will send a notice of electronic filing to the following:

| | |
|---|---|
| **Law Offices of David W. Martin**<br><br>David Wayne Martin<br>Email: davidwmartin@email.com<br><br>**Lester & Associates**<br><br>Patric A. Lester<br>Email: pl@lesterlaw.com | *Attorneys for Plaintiff* |

*/s/ Kay Fitz-Patrick*
Kay Fitz-Patrick

Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Telephone: 424.204.4400