David W. Martin (SBN 248636)
Law Office of David W. Martin
5350 James Avenue
Oakland, California 94618
Telephone:  (510) 332-3943
Facsimile:   (510) 601-6944
davidwmartin@email.com

Patric A. Lester (SBN 220092)
pl@lesterlaw.com
Lester & Associates
5694 Mission Center Road, #358
San Diego, CA 92108
Phone: (619) 665-3888
Fax: (314) 241-5777

Attorneys for Plaintiff, Devon Cole

Marcos D. Sasso (SBN 228905)
Sassom@ballardspahr.com
Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Phone: (424) 204-4400
Fax: (424) 204-4350

Attorneys for Defendant, Sierra Pacific Mortgage Company, In.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVIN COLE, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　　Plaintiff(s),<br><br>And<br><br>SIERRA PACIFIC MORTGAGE COMPANY, INC., and DOES 1 through 10, inclusive,<br><br>　　　　　　　　　　Defendant(s). | **Case No.: 3:18-cv-01692-JCS**<br><br>**CLASS ACTION**<br><br>**JOINT REPORT ON STATUS OF EARLY NEUTRAL EVALUATION**<br><br>The Honorable Joseph C. Spero<br>Complaint Filed: March 19, 2018<br>Trial Date: None Set |

　　　Pursuant to this Court's August 21, 2019, Order [ECF 56], the parties submit their joint status report.

The parties agreed to participate in an Early Neutral Evaluation supervised by Tamara Lange of the Alternative Dispute Resolution Program for the United States District Court for the Northern District of California after completion of the third-party discovery [ECF 32];

On December 3, 2018, the Court granted a stay of action pending Early Neutral Evaluation and set a February 25, 2019 deadline to complete the Early Neutral Evaluation [ECF 33];

On January 17, 2019, the Early Neutral Evaluation set for February 25, 2019 was taken off calendar [ECF 36] and was later re-set for March 18, 2019;

The Early Neutral Evaluation set for March 18, 2019 was taken off calendar on March 12, 2019 [ECF 42];

On March 15, 2019, the Court continued the stay of action and set a May 18, 2019 deadline to complete the Early Neutral Evaluation [ECF 43];

On April 24, 2019, the Early Neutral Evaluation was re-set for June 25, 2019;

An Early Neutral Evaluation was had on June 25, 2019, and the matter did not settle at that time and a further conference was scheduled for August 7, 2019;

On or about July 22, 2019, Defendant SPMC supplied Plaintiff with a further supplemental declaration and additional information regarding a third-party vendor KB Synergy, Inc.;

On August 7, 2019 the parties participated in the further ENE Conference, and agreed that Plaintiff and Defendant would discuss the parameters whereby Plaintiff may be permitted to engage in further limited discovery by subpoenaing records from the newly identified third-party vendor;

On September 25, 2019, the parties participated in a further post-ENE telephone conference.

On October 14, 2019, Plaintiff attempted to serve a Subpoena Duces Tecum on third-party vendor, KB Synergy, Inc., which was returned non-est as being the incorrect corporate entity;

On October 24, 2019, a subpoena duces tecum was served upon the correct third-party vendor entity, KB Synergy Holdings, Inc. The return date on the subpoena is November 22, 2019.

The parties are scheduled for a further ENE Conference on November 18, 2019.

No further activity has occurred.

Respectfully submitted this November 8, 2019 by:

    Law Office of David W. Martin

    By:   /s/ David W. Martin
             DAVID W. MARTIN
             davidwmartin@email.com

    and

    Lester & Associates

    By:   /s/ Patric A. Lester
             PATRIC A. LESTER
             pl@lesterlaw.com

    Attorneys for Devin Cole

    Ballard Spahr LLP

    By:   /s/ Marcos D. Sasso
             Marcos D. Sasso
             sassom@balladsphar.com

    Attorneys for Sierra Pacific Mortgage Company, Inc.

**N.D. Cal. Rule 5-1(i)(3) ATTESTATION**

In compliance with Northern District Local Rule 5-1(i)(3), I, Patric A. Lester, hereby attest that Marcos D. Sasso of Ballard Spahr LLP, attorneys for Defendant, has concurred in this filing.