David W. Martin (SBN 248636)
davidwmartin@email.com
Law Office of David W. Martin
5350 James Avenue
Oakland, CA 94618
Phone (510) 332-3943
Fax (510) 601-6944

Patric A. Lester (SBN 220092)
pl@lesterlaw.com
Lester & Associates
5694 Mission Center Road, #358
San Diego, CA 92108
Phone (619) 665-3888
Fax (314) 241-5777
Attorneys for Plaintiff. Devin Cole

Matthew Morr (admitted *pro hac vice*)
morrm@ballardspahr.com
BALLARD SPAHR LLP
1225 17th Street, Suite 2300
Denver, CO 80202
Telephone: (303) 299-7366
Facsimile: (393) 296-3956
Attorneys for Defendant Sierra Pacific Mortgage Company, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVIN COLE, on behalf of himself and all others similarly situated,<br><br>           Plaintiff(s),<br><br>    vs.<br><br>SIERRA PACIFIC MORTGAGE COMPANY, INC., and DOES 1 through 10, inclusive<br><br>           Defendant. | Case No. 3:18-cv-01692-JCS<br><br>CLASS ACTION<br><br>**UPDATED JOINT CASE MANAGEMENT STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 26(f), Civil Local Rule 16-9, and this Court's Order(s), Plaintiff Devin Cole ("Plaintiff") and Defendant Sierra Pacific Mortgage Company, Inc. ("SPMC" or "Defendant") jointly file the following Joint Case Management Statement in anticipation of the Case Management Conference scheduled for September 10, 2021.

**DEVELOPMENTS SINCE PRIOR CASE MANAGEMENT CONFERENCE:**

*Plaintiff's Position:*

Plaintiff's expert has submitted a report regarding the dialing system ("ATDS" or "autodialer") on August 23, 2021 and defendant's opposing report is due later this month.

Defendant has responded to Plaintiff's discovery requests but has yet to transmit related document (but is in the process of preparing the documents and the parties anticipate they will be received by Plaintiff prior to the CMC).

A "threshold issue" motion regarding the autodialer issue is anticipated and should proceed on the schedule previously set by the Court. On that point, Plaintiff wishes to clarify the briefing schedule for the anticipated motion (ostensibly it will be Defendant's motion for summary adjudication as to whether defendant used an "autodialer" as defined in the Supreme Court's recent ruling in *Facebook v. Duguid*).

*Defendant's Position:*

SPMC is on track to serve its rebuttal expert report on the dialing system by the September 23, 2021 deadline. SPMC also intends to depose Plaintiff's proffered expert prior to the October 22, 2021 deadline to complete expert discovery. SPMC will meet and confer with Plaintiff regarding an agreeable date prior to the Case Management Conference.

With respect to the October 29, 2021 deadline to file a motion for summary judgment on the ATDS issue, SPMC wishes to discuss with the Court the form of the motion and the briefing schedule. In addition, SPMC wishes to discuss with the Court

its preferred form and manner of any challenge to the admissibility of Plaintiff's expert testimony.  SPMC will meet and confer with Plaintiff regarding these issues prior to the Case Management Conference.

DATED: September 3, 2021        /s/ Patric A. Lester
                                Patric A. Lester
                                Attorney for Plaintiff Devin Cole

DATED: September 3, 2021        /s/ David W. Martin
                                David W. Martin
                                Attorney for Plaintiff Devin Cole

DATED: September 3, 2021        /s/ Matthew Moor
                                Matthew Morr
                                Attorneys for Defendant Sierra Pacific
                                Mortgage Company, Inc.

## CERTIFICATION OF APPROVAL OF CONTENT

I, David Martin, counsel for Plaintiff, in the above-entitled matter, hereby certify that the required parties have approved and accepted the content of the Joint Case Management Statement and that I have obtained authorization Matthew Morr, for his electronic signature on the Joint Case Management Statement.

DATED: September 3, 2021        /s/ David W. Martin
                                David W. Martin
                                Attorney for Plaintiff Devin Cole