United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEVIN COLE,

          Plaintiff.

    v.

SIERRA PACIFIC MORTGAGE
COMPANY, INC.,

          Defendant.

Case No.  18-cv-01692-JCS

**JUDGMENT IN A CIVIL CASE**

Re: Dkt. No. 102

    **( ) Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **( X ) Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** that judgment I entered in favor of Defendant Sierra Pacific Mortgage Company, Inc.

Dated:  December 16, 2021

                         Mark B. Busby, Clerk

                         By: _Karen L. Hom_____
                              Karen L. Hom
                              Deputy Clerk