UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF  NORTHERN DISTRICT OF CALIFORNIA

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 3:18-cv-01692-JCS

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 19/3/2018

Date of judgment or order you are appealing: 15/12/2021

Docket entry number of judgment or order you are appealing: 102

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☒ Yes   ☐ No   ☐ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Devin Cole

Is this a cross-appeal?   ☐ Yes   ☒ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ☐ Yes   ☒ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

n/a

City:    State:    Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** s/ David W. Martin    **Date** 18/1/2022

*Complete and file with the attached representation statement in the U.S. District Court*
Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                Rev. 12/01/2021

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** (List **each** party filing the appeal, do not use "et al." or other abbreviations.)

Name(s) of party/parties:

Devin Cole

Name(s) of counsel (if any):

David W. Martin
Law Office of David W. Martin

Address: 5350 James Avenue, Oakland, CA 94618

Telephone number(s): 510.332.3943

Email(s): davidwmartin@email.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ◯ No

**Appellee(s)** (List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)

Name(s) of party/parties:

Sierra Pacific Mortgage Company, Inc.

Name(s) of counsel (if any):

Ballard Spahr LLP
Matthew Morr, Esq.

Address: 1225 17th Street, Suite , Suite 2300, Denver, CO 80202

Telephone number(s): 303.299.7366

Email(s): morrm@ballardspahr.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*