UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 8 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DEVIN COLE, on behalf of himself and all others similarly situated,

    Plaintiff-Appellant,

v.

SIERRA PACIFIC MORTGAGE COMPANY, INC., a California Corporation,

    Defendant-Appellee.

No. 22-15078

D.C. No. 3:18-cv-01692-JCS
Northern District of California,
San Francisco

ORDER

The joint motion to dismiss this appeal (Docket Entry No. 11) is granted. Fed. R. App. P. 42(b). As stated in the stipulated motion, each side shall bear its own costs and fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Robert S. Kaiser
Circuit Mediator